## SCHEDULE OF ACTIONS

| Case Name | District Court and Division | Civil Action Number | Assigned Judge |
|---|---|---|---|
| *Robert S. Dolgow v. Delta Dental Defendants*[1] | Northern District of Illinois, Chicago | 1:19-cv-06734 | Honorable Elaine E. Bucklo |
| *B. Kyle Benson, P.A. v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06739 | Honorable Elaine E. Bucklo |
| *Kaufman & Kaufman Smile Design Studio LLC v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06743 | Honorable Elaine E. Bucklo |

---

[1] "Delta Dental Defendants" refers to Delta Dental Insurance Company, DeltaCare USA, Delta USA Inc., Delta Dental Plans Association, Delta Dental Insurance Company Alabama, Delta Dental of Alaska, Delta Dental of Arizona, Delta Dental of Arkansas, Delta Dental of California, Delta Dental of Colorado, Delta Dental of Connecticut, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of Florida, Delta Dental Insurance Company – Georgia, Hawaii Dental Service, Delta Dental of Idaho, Delta Dental of Illinois, Delta Dental of Indiana, Delta Dental of Iowa, Delta Dental of Kansas, Delta Dental of Kentucky, Delta Dental Insurance Company – Louisiana, Delta Dental of Maryland, Delta Dental of Massachusetts, Delta Dental of Michigan, Delta Dental of Minnesota, Delta Dental Insurance Company – Mississippi, Delta Dental of Missouri, Delta Dental Insurance Company – Montana, Delta Dental of Nebraska, Delta Dental Insurance Company – Nevada, Delta Dental of New Jersey, Delta Dental of New Mexico, Delta Dental of New York, Delta Dental of North Carolina, Delta Dental of North Dakota, Northeast Delta Dental, Delta Dental of Ohio, Delta Dental of Oklahoma, Delta Dental of Oregon, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, Delta Dental of Rhode Island, Delta Dental of South Carolina, Delta Dental of South Dakota, Delta Dental of Tennessee, Delta Dental Insurance Company – Texas, Delta Dental Insurance Company – Utah, Delta Dental of Virginia, Delta Dental of Washington, Delta Dental of West Virginia, Delta Dental of Wisconsin, Delta Dental of Wyoming, Arizona Dental Insurance Service, Inc., Delta Dental Plan of Arkansas, Inc., Colorado Dental Service, Inc. d/b/a Delta Dental of Colorado, Delta Dental of Delaware, Inc., Delta Dental of Idaho, Inc. d/b/a Delta Dental of Idaho, Delta Dental of Indiana, Inc.. Delta Dental of Kansas, Inc., Delta Dental of Kentucky, Inc., Maine Dental Service Corporation, d/b/a Delta Dental Plan of Maine, Delta Service of Massachusetts Inc. d/b/a Delta Dental of Massachusetts, Delta Dental Plan of Michigan, Inc., Delta Dental Plan of New Hampshire, Inc., Delta Dental of New Jersey, Inc., Delta Dental Plan of New Mexico, Inc., Delta Dental of New York, Inc., Delta Dental Plan of Ohio, Inc., Delta Dental Plan of Oklahoma, Oregon Dental Service d/b/a Delta Dental of Oregon, Delta Dental of Puerto Rico, Inc., Delta Dental Plan of West Virginia, Inc., Delta Dental of Wisconsin, Inc., Delta Dental Plan of Wyoming d/b/a Delta Dental of Wyoming.

| | | | |
|---|---|---|---|
| *Legacy Dental Associates, P.C. v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06744 | Honorable Elaine E. Bucklo |
| *Dr. Rick Lindley, DDS, FICD v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06747 | Honorable Elaine E. Bucklo |
| *Dr. Stephen P. Dultz DMD v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06758 | Honorable Elaine E. Bucklo |
| *Simon and Simon, PC v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-06776 | Honorable Elaine E. Bucklo |
| *Mary M. Fisher, DDS, P.C. v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-07090 | Honorable Elaine E. Bucklo |
| *Tooth Town Pediatric Dentistry, PLLC v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-07279 | Honorable Elaine E. Bucklo |
| *Bemus Point Dental LLC v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-07362 | Honorable Elaine E. Bucklo |
| *Rittenhouse Smiles, P.C. v. Delta Dental Defendants* | Northern District of Illinois, Chicago | 1:19-cv-07395 | Honorable Elaine E. Bucklo |
| *American Dental Association, Peppy Dental, and Janis B. Moriarty, DMD, v. Second Delta Dental Defendants*[2] | Northern District of Illinois, Chicago | 1:19-cv-07808 | Honorable John J. Tharp |

---

[2] "Second Delta Dental Defendants" refers to Delta Dental Insurance Company, DeltaCare USA, Delta USA, Inc., DDPA, Delta Dental Insurance Company Alabama, Delta Dental of Alaska, Delta Dental of Arizona, Delta Dental of Arkansas, Delta Dental of California, Delta Dental of Colorado, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of Florida, Delta Dental Insurance Company – Georgia, Hawaii Dental Service, Delta Dental of Idaho, Delta Dental of Illinois, Delta Dental of Indiana, Delta Dental of Iowa, Delta Dental of Kansas, Delta Dental of Kentucky, Delta Dental Insurance Company – Louisiana, Delta Dental of Maryland, Delta Dental of Massachusetts, Delta Dental of Michigan, Delta Dental of Minnesota, Delta Dental Insurance Company – Mississippi, Delta Dental of Missouri, Delta Dental Insurance Company – Montana, Delta Dental of Nebraska, Delta Dental Insurance Company – Nevada, Delta Dental of New Jersey, Delta Dental of New Mexico, Delta Dental of New York, Delta Dental of North Carolina, Delta Dental of North Dakota, Northeast

| | | | |
|---|---|---|---|
| *Dr. Stephen N. Obeng, DMD v. Second Delta Dental Defendants* | Southern District of Florida, Miami | 1:19-cv-25072 | Honorable Ursula Ungaro |
| *Dr. William Dickey, DMD v. Second Delta Dental Defendants* | Southern District of Mississippi, Northern Division | 3:19-cv-00910 | Honorable Daniel P. Jordan |

---

Delta Dental (of Maine, New Hampshire and Vermont), Delta Dental of Ohio, Delta Dental of Oklahoma, Delta Dental of Oregon, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, Delta Dental of Rhode Island, Delta Dental of South Carolina, Delta Dental of South Dakota, Delta Dental of Tennessee, Delta Dental Insurance Company – Texas, Delta Dental Insurance Company – Utah, Delta Dental of Virginia, Delta Dental of Washington, Delta Dental of West Virginia, Delta Dental of Wisconsin, Delta Dental of Wyoming, Dentegra Group, Inc., Dentegra Insurance Company, and Renaissance Health Service Corporation.