# EXHIBIT A

```
                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


ROBERT S. DOLGOW, D.D.S.,      )  Docket No. 19 CV 6734
P.A.,                          )
                               )
            Plaintiff,         )
                               )  Chicago, Illinois
       vs.                     )  November 8, 2019
                               )  9:32 AM
DELTA DENTAL INSURANCE CO.,    )
et al,                         )
                               )
            Defendants.        )

              TRANSCRIPT OF PROCEEDINGS - Motion
            BEFORE THE HONORABLE ELAINE E. BUCKLO

APPEARANCES:

For the Plaintiff:        QUINN EMANUEL URQUHART & SULLIVAN
                          LLP
                          BY: MR. STEPHEN R. NEUWIRTH
                          51 Madison Avenue, 22nd Floor
                          New York, New York  10010

                          QUINN EMANUEL URQUHART & SULLIVAN,
                          LLP
                          BY: MR. LEONID FELLER
                          191 North Wacker Drive #2700
                          Chicago, Illinois 60606

For Defendant Delta
Dental Plans Association
and Delta USA Inc.:       MAYER BROWN
                          BY:  MS. BRITT M. MILLER
                               MR. DANIEL K. STORINO
                          71 South Wacker Drive
                          Chicago, Illinois 60606


Court Reporter:           SANDRA M. MULLIN, CSR, RMR, FCRR
                          Official Court Reporter
                          219 S. Dearborn Street, Room 2260
                          Chicago, Illinois  60604
                          (312) 554-8244
                          sandra_mullin@ilnd.uscourts.gov
```

```
 1   APPEARANCES: (Continued)

 2
     For Defendant Delta
 3   Dental Minnesota:          BLACKWELL BURKE PA
                                BY:  MR. BENJAMIN W. HULSE
 4                              431 South Seventh Street
                                Suite 2500
 5                              Minneapolis, MN 55415

 6
     For Defendant Delta
 7   Dental Michigan and
     Renaissance Companies:     FAEGRE BAKER DANIELS LLP
 8                              BY:  MS. COLBY A. KINGSBURY
                                311 South Wacker Drive
 9                              Suite 4400
                                Chicago, Illinois 60606
10
11   ALSO PRESENT:              MR. JOHN MALKINSON
                                MR. GREG HANSEL
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                  (Proceedings heard in open court:)
2                  THE CLERK:  19 CV 6734, Dolgow versus Delta Dental
3       Insurance.
4                  MR. NEUWIRTH:  Good morning, your Honor.
5                  THE COURT:  Good morning. Go ahead, introduce
6       yourselves.
7                  MR. NEUWIRTH:  Thank you, your Honor.  My name is
8       Stephen Neuwirth from Quinn Emanuel, representing the
9       plaintiffs.  And I'm joined today by Leonid Feller, also from
10      Quinn Emanuel, John Malkinson and Greg Hansel.
11                 THE COURT: Good morning.
12                 MR. FELLER:  Good morning, your Honor.
13                 MS. MILLER: Good morning, your Honor.  Britt
14      Miller, Mayer Brown, on behalf of Delta Dental Plans
15      Association and Delta USA Inc.  With me today is my partner,
16      Dan Storino.  There is also two representatives, Ben Hulse,
17      who is representing the Delta Dental Minnesota, as well as
18      Colby Kingsbury is in the back.  She represents Delta Dental
19      Michigan and the Renaissance family of companies.  Their
20      clients have not been served, so I don't believe they will be
21      speaking today.
22                 THE COURT:  Oh, okay.  Good morning.  Well, I had
23      two questions, which, otherwise, I would have said you didn't
24      need to bother coming in, was, there were a lot of dental,
25      whatever.  So I didn't know whether everybody was joining in

1    this motion to reassign these cases?
2            MS. MILLER: Your Honor, if I may?
3            THE COURT:  Yes.
4            MS. MILLER: If you want to ask your second
5    question, go ahead.
6            THE COURT:  Pardon me?
7            MS. MILLER: Your Honor, the Delta Dental -- unlike
8    the representation in the plaintiff's filings, we are not --
9    Delta Dental Plans Association is not the parent company.  We
10   are a 501(c)(6) entity, which is simply an association.  Each
11   of the named member companies are independent companies, so
12   they are separate and distinct entities.
13           THE COURT:  Well, that's what I assumed.
14           MS. MILLER: I have permission on behalf of all of
15   them to represent that they do not object to consolidation.
16           THE COURT:  Okay.  I thought it had said two of
17   them were joining in, and I thought, well, what about all the
18   others?
19           MS. MILLER: At the time that the motion was made,
20   we had been retained on behalf of Delta Dental Plans and
21   Delta Dental USA.  I've since been in contact with all of the
22   counsel for the member companies, and they have given me
23   permission to represent to your Honor that they do not object
24   to consolidation of the seven, as well as the additional five
25   that have been filed, including one last night, that are also

1  copycats of the original complaint.  And we think all of them
2  should be consolidated down to your Honor.
3              THE COURT:  All right.  I'm sure that all the other
4  judges will be quite happy to have that done.
5              MS. MILLER:  We're happy to provide case numbers for
6  your Honor, if you'd like.
7              THE COURT:  We will need those because I --
8  technically it has to go through the executive committee.
9  But, all right.  But I need the -- I do need the numbers.
10             MR. NEUWIRTH:  Yes, your Honor.
11             THE COURT:  Do you just want to put them on the
12 record?  Wait a minute, I've got 19 C 6739, 6743, 6744, 6747,
13 6758.  But you're telling me there are additional ones?
14             MR. NEUWIRTH:  There are additional ones, your
15 Honor.  There is -- I believe that our motion also included
16 6776, which is the Simon and Simon case.
17             THE COURT:  Okay.
18             MR. NEUWIRTH:  Which was assigned to Judge Tharp.
19 There is also -- since the time we filed our motion for
20 additional cases that we're aware of, 7279, which is Tooth
21 Town Pediatric Dentistry, which was assigned to Judge Shah.
22 7362, which is called Bemus, B-e-m-u-s, Point Dental, which
23 was assigned to Judge Chang.  07090.
24             THE COURT:  07 what?
25             MR. NEUWIRTH:  090.  The plaintiff there is Fisher,

1  F-i-s-h-e-r, and that case was assigned to Judge Dow.  And
2  then 07395.  The plaintiff there is named Rittenhouse,
3  R-i-t-t-e-n-h-o-u-s-e, and that was assigned to Judge
4  Kocoras.
5         THE COURT:  Okay.  I'll take care of this.  We have
6  an initial pretrial conference I think set for sometime in
7  January.
8         MS. MILLER: Yes, your Honor.
9         THE COURT: Should I just leave that?
10        MS. MILLER:  Well, from our standpoint, your Honor,
11 several things have to happen before we get there.  Once your
12 Honor consolidates all of the cases, most of the entities
13 haven't been served, certainly with the most recent ones.
14 We're happy to talk and have your Honor set a schedule that
15 has -- will waive service if we have the full 60 days to
16 respond or otherwise plead.  But there is a number of people
17 that are still looking into getting counsel and working on
18 that.
19        We may also have an interim lead counsel question.
20 There is a number of law firms on these -- on these -- on
21 these complaints that may or may not have made arrangements
22 to have who is going to be lead counsel.  But there are at
23 least four law firms that have filed these 11 suits.  So
24 before we have a consolidated amended complaint, I think we
25 need a -- whoever is going to be -- whoever is going to apply

1  for interim lead counsel, then we get a consolidated amended
2  complaint, and then everyone can answer or otherwise plead.
3  　　　　　But we would ask for 60 days, which, had we been
4  able -- had the opportunity to waive service, we would have
5  gotten under the rule.
6  　　　　　MR. NEUWIRTH: And, your Honor, if I could address
7  that. Apart from the case that was filed literally last
8  night, I can represent to the court that there is agreement
9  among all of the plaintiffs and plaintiffs' counsel who have
10 filed these cases on a proposed interim case leadership
11 structure for your Honor to consider, and we will confer with
12 the counsel for the new case that was just filed.
13 　　　　　And if it would please your Honor, we have put
14 together a draft of an initial case management order that we
15 have not yet had the opportunity to share with Ms. Miller,
16 but we will, so that we can confer with defense counsel on
17 it. But we would hope that we can get that to your Honor by
18 early next week. And it would address, among other things,
19 the types of matters that are normally in the initial case
20 management orders for these types of cases, including
21 procedures for filing any new cases that may be filed with
22 the same claims, et cetera. And also, as I noted, a proposed
23 interim plaintiffs' counsel leadership structure for your
24 Honor's consideration.
25 　　　　　THE COURT: Okay.

1          MS. MILLER:  As Mr. Neuwirth states, obviously I
2     haven't seen it, so I'm not exactly sure what it contains or
3     what my reaction to it, or, quite frankly, those entities
4     that have not been served and have not made appearances, what
5     their reactions may be.  We're, of course, happy to consider
6     it and meet-and-confer as appropriate.
7          THE COURT:  Okay.  Well, I don't think any of that
8     means I shouldn't leave the date of January 29th in place.
9          MS. MILLER: The 60 days should be within that, your
10    Honor, assuming you give it to me.
11         THE COURT:  Last I knew, so, yes.  Okay.  Well, for
12    now, I'm just going to leave that and --
13         MR. NEUWIRTH:  And we --
14         THE COURT:  You know, motion up or file anything
15    that you need to.  But that -- hopefully -- that's really
16    quite a bit of time to get things in place.
17         MR. NEUWIRTH:  Right.  And, your Honor, we're
18    confident that we can work with Ms. Miller to come up with a
19    reasonable schedule that will take account of the multiple
20    parties that need to be served and ensure that Ms. Miller and
21    the other counsel on the defense side have a reasonable
22    amount of time to respond to the complaint.
23         THE COURT:  Okay.  All right.
24         MS. MILLER: For those of us that -- those of my
25    clients, we do have a responsive pleading deadline right now.

1  Is it safe to assume it is suspended until we receive that
2  consolidated amended complaint?
3              MR. NEUWIRTH:  Well, your Honor, we are prepared --
4  I think we've shared -- I don't know if we -- I think we've
5  shared with you a draft proposed stipulation.
6              MS. MILLER: I received a draft stipulation that
7  proposed 30 days for Delta Dental Plans Association.  That's
8  obviously one defendant who has been served.  There are, as I
9  said a moment ago, a host that have yet to be served and --
10              MR. NEUWIRTH:  Right, but I --
11              THE COURT:  Let's just say -- okay.  So you're --
12  will you be filing a proposed amended consolidated complaint?
13              MR. NEUWIRTH:  Yes, your Honor.  We do think it
14  would make sense rather than have multiple complaints to just
15  have one consolidated amended complaint.  The one thing that
16  is not in our control is how many new copycat cases will get
17  filed.
18              THE COURT:  Well, all right.  You can't do -- we
19  will just have to deal with those at some point.
20              MR. NEUWIRTH:  Right.
21              THE COURT:  But, okay, let's just say on the ones
22  that you've got, it does seem to me to make sense not to have
23  them in for everybody, not to have them start filing
24  pleadings if it's just going to then be a new one that --
25              MR. NEUWIRTH:  Correct.

1    THE COURT: So can you tell me, or will you be able
2 to decide soon when you think you're going to file it?  I
3 mean, I will take care of this other today.  I can't imagine
4 that it won't have them all reassigned to me by next week.
5    MR. NEUWIRTH: Well, your Honor, we would be
6 pleased to file a consolidated amended complaint within, you
7 know, ten days after --
8    THE COURT: Okay.
9    MR. NEUWIRTH: -- we get an order that the cases
10 have been assigned to you.
11   THE COURT: Okay.  Well, you've got your -- so are
12 you wanting 60 days after that?
13   MS. MILLER: Yes, ma'am.  Only because we have so
14 many entities.  There is also a number of things wrong with
15 their complaints in terms of they've named entities that
16 don't exist.
17   THE COURT: Well, why don't you people talk about
18 that.  It would really be nice not to have to deal with
19 motions with respect to just an incorrect entity when you can
20 solve that.
21   MS. MILLER: Agreed, your Honor.
22   MR. NEUWIRTH: Yes, we would be happy to
23 meet-and-confer on that.
24   THE COURT: Okay.  Well, if you get that done, so
25 it doesn't -- you know, you do that.  You can have your

```
 1  60 days.  It's still going to be well before January 29th.
 2          Okay.  Good.  All right.  I'll see you then.
 3          MR. NEUWIRTH:  Thank you very much, your Honor.
 4          MS. MILLER: Thank you, your Honor.
 5          THE COURT:  January 29th.  You know, while I'm at
 6  it, change that to January 31st.
 7          MS. MILLER: No objection.
 8          MR. NEUWIRTH:  No objection, your Honor.
 9          THE COURT:  I think I'm supposed to -- it'll
10  probably go away, but right now I'm scheduled to be on trial
11  on the 29th.  But, okay, we will do that.
12          MR. NEUWIRTH:  Thank you very much, your Honor.
13          MS. MILLER: Thank you, your Honor.
14       (Which were all the proceedings heard.)
15                          CERTIFICATE
16      I certify that the foregoing is a correct transcript
17  from the record of proceedings in the above-entitled matter.
18
19  /s/ SANDRA M. MULLIN                    November 22, 2019
20  SANDRA M. MULLIN, CSR, RMR, FCRR
    Official Court Reporter
21
22
23
24
25
```