**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: DELTA DENTAL ANTITRUST**
**LITIGATION**                                                                 MDL No. 2931


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −1)**


On March 27, 2020, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Elaine E. Bucklo.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Bucklo.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of March 27, 2020, and, with the consent of that court, assigned to the Honorable Elaine E. Bucklo.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: DELTA DENTAL ANTITRUST LITIGATION**                    MDL No. 2931

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 19−10576 | William G. Stephens v. Delta Dental Plans Association et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 19−08182 | Mells v. Delta Dental Plans Association et al |
| CAN | 3 | 19−08258 | DeVinney, DDS v. Delta Dental Plan Association et al |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 19−00915 | Braunstein v. Delta Dental Plans Association et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 20−00018 | John C. Schwartz, D.D.S. v Delta Dental Plans Association, et al |
| **MINNESOTA** | | | |
| MN | 0 | 19−03139 | Kottemann Orthodontics, P.L.L.C. v. Delta Dental Plans Association et al |
| MN | 0 | 19−03141 | Baldwin v. Delta Dental Plans Association et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 19−00227 | Mincy v. Delta Dental Plans Association et al |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 19−01247 | DRS. LUTINS & BENITEZ, P.A. v. DELTA DENTAL INSURANCE COMPANY et al |