**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: DELTA DENTAL** | ) | **MDL No. 2931** |
| **ANTITRUST LITIGATION** | ) | |

This document relates to:

*Ben Zvi et al v. Delta Dental of New York Inc.*, S.D. New York, No. 20-cv-05628

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 3 (CTO-3)**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the Plaintiffs in the action *Ben Zvi et al v. Delta Dental of New York Inc.*, S.D.N.Y., No. 20-cv-05628 (the "*Ben Zvi* Plaintiffs"), by and through undersigned counsel, respectfully notice their opposition to Conditional Transfer Order 3 (CTO-3). The *Ben Zvi* Plaintiffs will file a motion to vacate CTO-3 in accordance with JPML Rule 7.1(f), as well as any briefing schedule set by the Panel.

Dated:      August 4, 2020

Respectfully submitted,

By:   */s/ Gregory A. Frank*
Gregory A. Frank (N.Y.: GF0531)
Marvin L. Frank (N.Y.: MF1436)
Asher Hawkins (N.Y.: AH2333)
FRANK LLP
370 Lexington Avenue, Suite 1706
New York, New York 10017
Tel: (212) 682-1853
Fax: (212) 682-1892
gfrank@frankllp.com
mfrank@frankllp.com
ahawkins@frankllp.com

*Attorneys for* **Ben** **Zvi** *Plaintiffs*

1

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to JPML Rule 4.1(a), I hereby certify that on August 4, 2020, I caused the *Ben Zvi* Plaintiffs' Notice of Opposition to CTO-3 to be served on all other parties in all involved actions in MDL No. 2931 through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record in MDL No. 2931.

By: *   /s/ Gregory A. Frank*
Gregory A. Frank (N.Y.: GF0531)
*Lead Attorney for* Ben Zvi *Plaintiffs*