**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: DELTA DENTAL | ) | MDL No. 2931 |
| ANTITRUST LITIGATION | ) | |

This document relates to the following case only:

*Justin Ben Zvi, DDS, Alina Lukashevsky, DDS, and Adam Merriam, DDS, individually and on behalf of all others similarly situated,* **Plaintiffs**

*v.*

*Delta Dental of New York Inc.,* **Defendant**,

(S.D. New York, No. 20-cv-05628)

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 3 (CTO-3)**

PLEASE TAKE NOTICE that, upon the Memorandum of Law annexed hereto, the various attachments annexed hereto, and all prior pleadings, Plaintiffs in *Ben Zvi et al. v. Delta Dental of N.Y. Inc.* (S.D.N.Y., 20-cv-5628), through the undersigned counsel, hereby move this Panel, pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, to vacate Conditional Transfer Order 3 ("CTO-3") (Dkt. No. 178 in Case MDL No. 2931), which would transfer the *Ben Zvi* Action from the Southern District of New York to the Northern District of Illinois.  This Motion follows the Notice of Opposition to CTO-3 that the *Ben Zvi* Plaintiffs submitted on August 4, 2020 pursuant to Rule 7.1(c) (Dkt. No. 180 in Case MDL No. 2931).  All documents required to accompany this Motion pursuant to Rule 6.1(b) are annexed hereto, including the supporting Memorandum of Law, which is incorporated by reference herein and which respectfully sets forth why CTO-3 must be vacated.

Dated:    New York, New York
          August 18, 2020

Respectfully submitted,

**FRANK LLP**

By:    */s/ Gregory A. Frank*
Gregory A. Frank (N.Y.: GF0531)
Marvin L. Frank (N.Y.: MF1436)
Asher Hawkins (N.Y.: AH2333)
370 Lexington Ave., Suite 1706
New York, New York 10017
Tel: (212) 682-1853
Fax: (212) 682-1892
gfrank@frankllp.com
mfrank@frankllp.com
ahawkins@frankllp.com

*Attorneys for* Ben Zvi *Plaintiffs*