**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: DELTA DENTAL
ANTITRUST LITIGATION**                                  MDL No. 2931

This document relates to:

*Fritz v. Delta Dental Plan of Mich., Inc.*, No. 5:26-cv-11836 (E.D. Mi.)
*Cudahy Dental Associates, S.C. v. Delta Dental of Wisconsin*, No. 2:26-cv-00995 (E.D. Wis.)
*Klein v. Delta Dental of Cal.*, No. 2:26-cv-05974 (C.D. Cal.)
*Levenson v. Dental Service of Mass., Inc.*, No. 1:26-cv-12519 (D. Mass)

**CORRECTED NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-4)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the Plaintiffs in the following actions, by and through undersigned counsel, respectfully notice their Corrected Opposition to the Conditional Transfer Order (CTO-4): *Fritz v. Delta Dental Plan of Mich., Inc.*, No. 5:26-cv-11836 (E.D. Mi.) (the "*Fritz* Plaintiffs"); *Cudahy Dental Associates, S.C. v. Delta Dental of Wisconsin*, No. 2:26-cv-00995 (E.D. Wis.) (the "*Cudahy* Plaintiffs"); *Klein v. Delta Dental of Cal.*, No. 2:26-cv-05974 (C.D. Cal.) (the "*Klein* Plaintiffs") and *Levenson v. Dental Service of Mass., Inc.*, No. 1:26-cv-12519 (D. Mass) (the "*Levenson* Plaintiffs").

All Plaintiffs in the *Fritz*, *Cudahy*, *Klein*, and *Levenson* actions will file a joint motion to vacate the Conditional Transfer Order (CTO-4) in accordance with JPML Rule 7.1(g) and the forthcoming briefing schedule set by the Panel.

Dated: June 15, 2026                                  Respectfully submitted,

By: */s/ Leonid Feller, P.C.*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Leonid Feller, P.C.
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com

*Counsel for Plaintiffs Jeffrey Fritz, Cudahy Dental Associates S.C., Daniel Meir Klein DDS APC, and Stanley Levenson, DMD*

*/s/ Ronald J. Aranoff*

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff
Jay S. Handlin
Reuben R. Baurer
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
jhandlin@wmd-law.com
rbauer@wmd-law.com

*Counsel for Plaintiffs Jeffrey Fritz, Cudahy Dental Associates S.C., Daniel Meir Klein DDS APC, and Stanley Levenson, DMD*

## CERTIFICATE OF SERVICE

Pursuant to JPML Rule 4.1(a), I, Leonid Feller hereby certify that on June 15, 2026, I caused Plaintiffs' Corrected Notice of Opposition to the Conditional Transfer Order (CTO-4) to be served on all other parties in all involved actions in MDL No. 2931 through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record in MDL No. 2931.

By: */s/ Leonid Feller, P.C.*
Leonid Feller, P.C.