**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Delta Dental Antitrust Litigation | MDL No. 2931 |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on June 23, 2026, copies of the Notice of

Potential Tag-Along Action for the following case were served electronically on all counsel of

record in the above-captioned matter via ECF, and that I also caused copies to be served by email

and by First Class Mail on all parties in the following case, as indicated below.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Nolan Anderson, WSBA# 59691
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone: (206) 905-7000
nolananderson@quinnemanuel.com

Leonid Feller, P.C.
Bevin Brennan
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com
bevinbrennan@quinnemanuel.com

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan
Gregory Arenson
Elana Katcher
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980

WOLLMUTH MAHER & DEUTSCH LLP
Ronald J. Aranoff
Jay S. Handlin
Reuben R. Bauer
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
jhandlin@wmd-law.com
rbauer@wmd-law.com

PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com

rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

CARNEY, BATES, AND PULLIAM, PLLC
William P. Creasman
One Allied Drive, Suite 1400
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
wcreasman@cbplaw.com

SPECTOR ROSEMAN & KODROFF, P.C.
William G. Caldes
Mary Ann Giorno Geppert
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
bcaldes@srkattorneys.com
mgeppert@srkattorneys.com

KANTROWITZ GOLDHAMER &
GRAIFMAN P.C.
Melissa R. Emert
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
(866) 971-0927
memert@kgglaw.com

SALTZ, MONGELUZZI, & BENDESKY,
P.C.
Simon B. Paris
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3986
sparis@smbb.com

BERGER MONTAGUE PC
Eric L. Cramer
Patrick F. Madden
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tele: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
pmadden@bm.net

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein
Stephanie M. Beige
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
bernstein@bernlieb.com
beige@bernlieb.com

MALKINSON & HALPERN, P.C.
John R. Malkinson
33 North Dearborn Street, Suite 1540
Chicago, IL 60602
Telephone: (312) 427-9600
jmalkinson@mhtriallaw.com

KELLER ROHRBACK L.L.P.
Ryan McDevitt
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
rmcdevitt@kellerrohrback.com

MCLAFFERTY LAW FIRM, P.C.
David P. McLafferty
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 940-4000 ext. 12
dmclafferty@mclaffertylaw.com

*Counsel for Plaintiff*

**Counsel for Plaintiff in** **Henneberg v. Delta Dental of Washington***, 2:26-cv-02185 (W.D. Wash.)*

2

Dated: June 24, 2026

Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
Daniel K. Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dstorino@mayerbrown.com

*Counsel for Defendant Delta Dental of Washington*